UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                                    Case No. 1:23-cr-145

v.

                                                  HON. JANET T. NEFF

KILLI KHAYYAN COPELAND,

     Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed on February 7, 2024 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 26) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty as to the Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.

Dated: February 22, 2024                                           /s/ Janet T. Neff
                                                       JANET T. NEFF
                                                       United States District Judge